■ AUGUSTIN J. SAN FILIPPO, as Trustee of JOHN F. DODGE, Appellant, and DOUGLASS E. WENDEL, as Trustee in Bankruptcy of JOHN F. DODGE, Respondent, et al., Plaintiff, v MARINE MIDLAND BANK, Respondent, et al., Defendants.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on January 3, 1984, unanimously affirmed, without costs and without disbursements, and without prejudice to any objections to the proposed settlement. No opinion. Concur—Kupferman, J. P., Sullivan, Ross and Asch, JJ.

■ ISIDORE FALK, Respondent, v DAVID FALK, Appellant.—Motion to withdraw appeal from order, Supreme Court, New York County (Francis Pecora, J.), entered on April 3, 1986, granted and the appeal is withdrawn per stipulation of the parties hereto dated November 19, 1986. No opinion. Concur—Kupferman, J. P., Ross, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MOYE, Defendant-Appellant.—Judgment, Supreme Court, New York County (Francis Pecora, J.), rendered on June 25, 1982, and judgment of said court (Michael Dontzin, J.), rendered on September 14, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Ross, Rosenberger and Ellerin, JJ.